**Order entered December 21, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00783-CV

### SOCORRO RODRIGUEZ, Appellant

### V.

### FLEXI-VAN LEASING, INC., GULF CONSOLIDATED CHASSIS POOL, LLC, MEDITERRANEAN SHIPPING COMPANY (USA) INC., A TO Z TIRE & BATTERY, INC., AND T & W TIRE, LLC, Appellees

### On Appeal from the 192nd Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-15-04298-K

## ORDER

We **GRANT** appellant's December 16, 2015 motion for an extension of time to file brief

and **ORDER** the brief be filed no later than January 12, 2016.

/s/    CRAIG STODDART
        JUSTICE